UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-23688-Civ-COOKE/REID

ALFREDO ROCA-MORENO III,

     Plaintiff,

vs.

KERRION DESOUZA, *et al.*,

     Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B) and Administrative Order 2019-2, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters.  ECF No. 2.  On November 12, 2020, Judge Reid issued a Report and Recommendation of Magistrate Judge (the "Report") recommending that the Court grant the Defendants' Motion to Dismiss (ECF No. 31) and dismiss Plaintiff's complaint without prejudice.  ECF No. 45.  Plaintiff filed objections to the Report on December 15, 2020, ECF No. 47, to which the Defendants responded on December 22, 2020, ECF No. 48.

The Court has considered the issues raised in Plaintiff's objections *de novo*.[1] Having reviewed the record and the relevant legal authorities, the Court overrules Plaintiff's objections and concludes the Report is clear, cogent, and compelling. It is therefore **ORDERED and ADJUDGED** that the Report (ECF No. 45) is **AFFIRMED and ADOPTED**.  Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss (ECF No. 31) and **DISMISSES** Plaintiff's Complaint (ECF No. 1) ***without prejudice***.  The Court directs the Clerk to **CLOSE** this case.

---

[1] While Defendants argue this Court should disregard Plaintiff's objections as untimely, the Court notes the objections were mailed on December 3, 2020, only 21 days after the Report was mailed to the Plaintiff.  As it is unclear when Plaintiff received the Report in the mail, the Court cannot conclude Plaintiff mailed his objections more than 14 days after he received the Report.

**DONE and ORDERED** in chambers, at Miami, Florida, this 30th day of December 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lisette M. Reid, U.S. Magistrate Judge*
*Counsel of record*